UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN D. ALLAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. AKANNO,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:12-cv–01103-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE OF SUMMONS AND COMPLAINT<br><br>(ECF No. 3) |

　　　　Plaintiff Tristan D. Allan is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 9, 2012, Plaintiff filed a complaint and a motion for service of summons and complaint. (ECF Nos. 1, 3.)

　　　　The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts. The Court will direct the United States Marshal to serve the complaint only after the Court has determined that the complaint contains cognizable claims for relief against the named defendants. Until the Court has screened the complaint and found cognizable claims, any request for service by the Marshal is premature and will be denied.

///

///

1

1   Accordingly, it is HEREBY ORDERED that Plaintiff's motion for service by the United
2   States Marshal, filed July 9, 0212, is DENIED.
3   IT IS SO ORDERED.

4   **Dated:   July 12, 2012**                    /s/ **Barbara A. McAuliffe**
                                                  UNITED STATES MAGISTRATE JUDGE