# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN D. ALLAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. AKANNO,<br><br>　　　　Defendant. | ) 1:12-cv-01103-BAM (PC)<br>)<br>) ORDER FINDING SERVICE OF<br>) COMPLAINT APPROPRIATE, AND<br>) FORWARDING SERVICE DOCUMENTS<br>) TO PLAINTIFF FOR COMPLETION AND<br>) RETURN WITHIN THIRTY DAYS<br>) (ECF No. 1)<br>)<br>)<br>) |

　　　　Plaintiff Tristan D. Allan ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The Court screened Plaintiff's complaint, filed on July 9, 2012, pursuant to 28 U.S.C.§ 1915A, and found that it states an Eighth Amendment claim against Defendant Akanno for deliberate indifference to his medical needs.  Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678, 129 S. Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007).  Accordingly, it is HEREBY ORDERED that:

　　　　1.　　Service shall be initiated on the following defendants:

　　　　DR. AKANNO

　　　　2.　　The Clerk of the Court shall send Plaintiff one (1) USM-285 forms, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed July 9, 2012;

3. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. One completed summons for each defendant listed above;

    b. One completed USM-285 form for each defendant listed above; and

    c. Two (2) copies of the endorsed complaint filed July 9, 2012.

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **October 8, 2013**          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE