UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN D. ALLAN,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. AKANNO,<br><br>        Defendant. | Case No.: 1:12-cv-01103-AWI-BAM PC<br><br>**ORDER AFTER SETTLEMENT**<br>(ECF No. 33) |

    Plaintiff Tristan D. Allan ("Plaintiff") is a state prisoner proceeding se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's complaint against Defendant Akanno for deliberate indifference to medical needs in violation of the Eighth Amendment of the United States Constitution.  (ECF Nos. 1, 11.)  A telephonic trial confirmation hearing is set for May 18, 2015.  However, neither party has filed a timely pretrial statement in accordance with the Second Scheduling Order issued on January 6, 2015.  (ECF No. 25.)  A jury trial is set for June 30, 2015.

    On April 29, 2015, Plaintiff filed a "Notice of Tentative Resolution."  The notice indicates that the parties have tentatively agreed to a resolution of this matter and they will file a stipulation of dismissal following satisfaction of Defendant's obligations under the terms of the tentative agreement. (ECF No. 33.)

1

1  Based on Plaintiff's notice, and pursuant to this Court's Local Rule 160, the Court ORDERS
2  the parties, no later than **May 20, 2015**, to file appropriate papers to dismiss or conclude this action in
3  its entirety. An extension of this deadline will be granted <u>only</u> on a showing of good cause.
4  This Court VACATES all pending dates and matters.
5  Failure to comply with this order may be grounds for the imposition of sanctions on counsel or
6  parties who contributed to violation of this order. <u>See</u> Local Rule 160 and Local Rule 272.

8  IT IS SO ORDERED.

   Dated:   **May 5, 2015**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE

2