# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN D. ALLAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. AKANNO,<br><br>　　　　Defendant. | Case No.: 1:12-cv-01103-AWI-BAM (PC)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>(ECF No. 35) |

Pursuant to the stipulation of dismissal filed by the parties on May 8, 2015, this action is DISMISSED in its entirety with prejudice. (ECF No. 35.) Pursuant to the stipulation, the Court shall retain jurisdiction over the enforcement of the settlement terms agreed upon by the parties.

IT IS SO ORDERED.

Dated:   May 13, 2015                           _____
　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1